IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHELBY WAGNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-0078-D |
| | § | |
| JJM CAPITAL LLC et al., | § | |
| | § | |
| Defendants. | § | |

**PHASE ONE SCHEDULING ORDER**

Having considered the parties' April 3, 2017 joint scheduling proposal, the court has determined that the pretrial scheduling of this case should consist of two phases. This order governs Phase One.

A motion to join another party must be filed no later than June 5, 2017.

A motion for conditional certification must be filed no later than June 5, 2017. If the motion is agreed or unopposed, plaintiff may instead submit a proposed order for court consideration. A response to a motion for conditional certification must be filed no later than June 26, 2017. A reply in support of a motion for conditional certification must be filed no later than July 10, 2017.

Phase Two will begin on the following date: June 5, 2017, if no motion for conditional certification is filed, or, if a motion for conditional certification is filed, the date on which the court files its ruling on the motion. No later than 28 days after Phase Two begins, the parties must confer (an in-person conference is permitted but not required) and submit a scheduling proposal that addresses the remaining parts of the court's March 6, 2017 scheduling proposal order that are not covered by this Phase One order.

AVAILABLE HELP DESK

Case information can be obtained from the clerk of court by contacting the ECF Help Desk at (214)753-2633.

An attorney, attorney's staff member, or party proceeding *pro se* can also obtain answers to frequently asked questions, or submit case-specific questions to chambers staff, using Judge Fitzwater's Chambers Online Help Desk, found at the following Internet address: http://cf.txnd.uscourts.gov/www2/forms/saf_email.cfm.

**SO ORDERED**.

April 17, 2017.

                                               _____
                                             SIDNEY A. FITZWATER
                                             UNITED STATES DISTRICT JUDGE